UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACOB R. NIEVES,

    Plaintiff,

v.                                        Case No: 8:20-cv-3030-CEH-SPF

NATIONWIDE RECOVERY
SYSTEMS, LTD.,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 18).  In accord with the Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)    The Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 18).

2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 28, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record